

435 Williams Court, Suite 100
Baltimore, MD 21220
synagro.com

JANUARY 11, 2023

**City of Chattanooga**

**Public Works/Waste Resources Division**

**Karen Styers**

**Biosolids Coordinator**

Ms. Styers,

Thank you for the opportunity to service the Chattanooga community by delivering biosolids Management beneficial reuse options for your city. Synagro values our partnership and is committed to providing continued excellent service as we move into 2023 and beyond.

The year 2022 saw rapid and unprecedented increases in fuel and other petroleum-based products, specifically in February 2022 as Russia invaded neighboring Ukraine. As a result, Synagro took measures to stabilize customer costs, while maintaining operational integrity for our organization.

As was negotiated in our original contract, we now request the contractually authorized Fuel Surcharge Adjustments, specified in our agreement on November 8, 2021 per the bid submitted on October 6, 2021, with the protection of quarterly fuel surcharges, using a base fuel rate of **$3.14/gal for No. 2 Diesel** (see Figure 1.) The following analysis outlines our calculations of Fuel Surcharges since the contract inception, and associate price adjustments.

Figure 1

| Sourcekey Date | EMM_EPMPR_PTE_R30_DPG Weekly Gulf Coast Premium Reformulated Retail Gasoline Prices (Dollars per Gallon) | EMD_EPD2D_PTE_R30_DPG Weekly Gulf Coast No 2 Diesel Retail Prices (Dollars per Gallon) | EMD_EPD2DXL0_PTE_R30_DPG Weekly Gulf Coast No 2 Diesel Ultra Low Sulfur (0-15 ppm) Retail Prices (Dollars per Gallon) | |
|---|---|---|---|---|
| Aug 30, 2021 | 3.338 | 3.06 | 3.06 | |
| Sep 06, 2021 | 3.413 | 3.104 | 3.104 | |
| Sep 13, 2021 | 3.365 | 3.099 | 3.099 | |
| Sep 20, 2021 | 3.339 | 3.119 | 3.119 | |
| Sep 27, 2021 | 3.404 | 3.142 | 3.142 | Base price used in contract - bid due Oct. 6, 2021 |
| Oct 04, 2021 | 3.374 | 3.203 | 3.203 | |
| Oct 11, 2021 | 3.481 | 3.335 | 3.335 | |
| Oct 18, 2021 | 3.485 | 3.422 | 3.422 | |
| Oct 25, 2021 | 3.612 | 3.483 | 3.483 | |
| Nov 01, 2021 | 3.604 | 3.486 | 3.486 | |
| Nov 08, 2021 | 3.688 | 3.482 | 3.482 | PO issued to Synagro 11/08/2021 |
| Nov 15, 2021 | 3.645 | 3.474 | 3.474 | |
| Nov 22, 2021 | 3.594 | 3.457 | 3.457 | |
| Nov 29, 2021 | 3.534 | 3.454 | 3.454 | |
| Dec 06, 2021 | 3.553 | 3.402 | 3.402 | |
| Dec 13, 2021 | 3.5 | 3.372 | 3.372 | |

The Purchase Order PA100046 was issued by the City of Chattanooga on 11/8/2021. Synagro began the planning & procurement necessary to begin hauling services in April 2022, consistent with information in the bid documents. The language in the contract and timing of the bid & subsequent start date implied a quarterly adjustment on January 1, 2022 and again on April 1, 2022. The chart below shows the adjustment periods, along with the percent adjustment per the USDOE EIA Gulf Coast weekly averages. (Figure 2.)

Figure 2

| Sourcekey Date | EMM_EPMPU_PTE_R30_DPG Gulf Coast Premium Conventional Retail Gasoline Prices (Dollars per Gallon) | EMM_EPMPR_PTE_R30_DPG Gulf Coast Premium Reformulated Retail Gasoline Prices (Dollars per Gallon) | EMD_EPD2D_PTE_R30_DPG Gulf Coast No 2 Diesel Retail Prices (Dollars per Gallon) | EMD_EPD2DXL0_PTE_R30_DPG Gulf Coast No 2 Diesel Ultra Low Sulfur (0-15 ppm) Retail Prices (Dollars per Gallon) | |
|---|---|---|---|---|---|
| Apr-2021 | 3.257 | 3.114 | 2.925 | 2.925 | |
| May-2021 | 3.353 | 3.242 | 2.995 | 2.995 | |
| Jun-2021 | 3.404 | 3.3 | 3.04 | 3.04 | |
| Jul-2021 | 3.494 | 3.362 | 3.08 | 3.08 | |
| Aug-2021 | 3.49 | 3.381 | 3.07 | 3.07 | |
| Sep-2021 | 3.499 | 3.38 | 3.116 | 3.116 | |
| Oct-2021 | 3.633 | 3.488 | 3.361 | 3.361 | Data not available by Oct. 6 due date |
| Nov-2021 | 3.723 | 3.613 | 3.471 | 3.471 | *Sept. 30, 2021 - $3.142 used in bid |
| Dec-2021 | 3.631 | 3.512 | 3.361 | 3.361 | |
| Jan-2022 | 3.655 | 3.527 | 3.463 | 3.463 | 10% |
| Feb-2022 | 3.876 | 3.769 | 3.804 | 3.804 | Q1 fuel component increase |
| Mar-2022 | 4.601 | 4.469 | 4.937 | 4.937 | |
| Apr-2022 | 4.477 | 4.318 | 4.885 | 4.885 | 55% |
| May-2022 | 4.77 | 4.7 | 5.248 | 5.248 | Q2 fuel component increase |
| Jun-2022 | 5.263 | 5.238 | 5.393 | 5.393 | |
| Jul-2022 | 4.84 | 4.728 | 5.135 | 5.135 | 63% |
| Aug-2022 | 4.256 | 4.121 | 4.706 | 4.706 | Q3 fuel component increase |
| Sep-2022 | 3.945 | 3.785 | 4.717 | 4.717 | |
| Oct-2022 | 4.005 | 3.814 | 4.885 | 4.885 | 55% |
| Nov-2022 | 3.866 | 3.686 | 4.826 | 4.826 | Q4 fuel component increase (decreases from Q3) |
| Dec-2022 | 3.512 | 3.365 | 4.309 | 4.309 | |

As shown in Figure 2, the quarterly adjustments from base fuel would be applied to the **fuel component**s, line items 10 - 16 in the contract, beginning January 1, 2022 with surcharges of 10%, 55%, 63%, and 55% for the respective Quarters 1 to 4. January 1, 2023 will represent another adjustment, to be determined after the EIA publishes the final December weekly average data.

As such, Synagro will prepare and submit corrective invoices for the months April 2022 to November 2022. Synagro operated at significant operating deficiencies due to the fuel price escalation during these months, and now that terms have stabilized seeks the adjustment due per the contract to make it whole per the terms of the agreement. The total surcharge for this period is **$222,181.95 (see Figure 3).** We will prepare the statements clearly identifying each month's surcharge and the support for calculations.

Figure 3

| MONTH | ITEM | TONS | RATE | TOTAL | GULF COAST DIESEL RATES | % FUEL INCREASE | SURCHARGE AMOUNT | $ TO BE INVOICED |
|---|---|---|---|---|---|---|---|---|
| CHATTANOOGA FUEL SURCHARGES | | | | | | | | |
| BASE RATE 3.142 | | | | | | | | |
| APRIL | COPPERHILL | 582.77 | $6.19 | $3,607.35 | $4.8850 | 55.47 | $3.43 | $2,000.99 |
| APRIL | LAND APP 51-75 | 3671.78 | $8.67 | $31,834.33 | $4.8850 | 55.47 | $4.81 | $17,658.50 |
| MAY | COPPERHILL | 1254.61 | $6.19 | $7,766.04 | $4.8850 | 55.47 | $3.43 | $4,307.82 |
| MAY | LANDFILL | 367.42 | $3.92 | $1,440.29 | $4.8850 | 55.47 | $2.17 | $798.93 |
| MAY | LAND APP 51-75 | 4491.44 | $8.67 | $38,940.78 | $4.8850 | 55.47 | $4.81 | $21,600.45 |
| JUNE | COPPERHILL | 964.78 | $6.19 | $5,971.99 | $4.8850 | 55.47 | $3.43 | $3,312.66 |
| JUNE | LAND APP 51-75 | 4313.72 | $8.67 | $37,399.95 | $4.8850 | 55.47 | $4.81 | $20,745.75 |
| JULY | LANDFILL | 79.78 | $3.92 | $312.74 | $5.1350 | 63.43 | $2.49 | $198.37 |
| JULY | LAND APP 51-75 | 6874.27 | $8.67 | $59,599.92 | $5.1350 | 63.43 | $5.50 | $37,804.23 |
| AUG | COPPERHILL | 167.49 | $6.19 | $1,036.76 | $5.1350 | 63.43 | $3.93 | $657.62 |
| AUG | LANDFILL | 1225.92 | $3.92 | $4,805.61 | $5.1350 | 63.43 | $2.49 | $3,048.20 |
| AUG | LAND APP 0 - 50 | 5399.83 | $7.64 | $41,254.70 | $5.1350 | 63.43 | $4.85 | $26,167.86 |
| AUG | LAND APP 51-75 | 1155.04 | $8.67 | $10,014.20 | $5.1350 | 63.43 | $5.50 | $6,352.01 |
| SEPT | LANDFILL | 72.67 | $3.92 | $284.87 | $5.1350 | 63.43 | $2.49 | $180.69 |
| SEPT | LAND APP 0 - 50 | 6254.67 | $7.64 | $47,785.68 | $5.1350 | 63.43 | $4.85 | $30,310.46 |
| OCT | LANDFILL | 35.05 | $3.92 | $137.40 | $4.8850 | 55.47 | $2.17 | $76.21 |
| OCT | LAND APP 0 - 50 | 5655.8 | $7.64 | $43,210.31 | $4.8850 | 55.47 | $4.24 | $23,968.76 |
| NOV | LANDFILL | 37.3 | $3.92 | $146.22 | $4.8850 | 55.47 | $2.17 | $81.11 |
| NOV | LAND APP 0 - 50 | 2201.82 | $7.64 | $16,821.90 | $4.8850 | 55.47 | $4.24 | $9,331.11 |
| NOV | LAND APP 51 -75 | 2284.51 | $8.67 | $19,806.70 | $4.8850 | 55.47 | $4.81 | $10,986.78 |
| NOV | LAND APP OVER 75 | 482 | $9.70 | $4,675.40 | $4.8850 | 55.47 | $5.38 | $2,593.44 |
| | | | | | | | TOTAL | $222,181.95 |

December's invoice will include the corrected surcharge on the regular statement. January information is being prepared and will result in a new adjustment as specified in the contract documents.

Thank you for your time in addressing this matter and for your continued business. Please contact us as we are happy to discuss this further, and provide further documentation as requested.

Regards,

*Lee Vernon*

Lee Vernon
Synagro
Regional VP Operations, Southeast
lvernon@synagro.com
p: 713-576-6805
www.synagro.com